[Nos. 20403-7-II; 20458-4-II;   Division Two.   January 23, 1998.]
20402-9-II.

THE STATE OF WASHINGTON, *Respondent,* v. CHRISTOPHER
CHARLES NOLAN, ET AL., *Appellants.*

Appeals from judgments of the Superior Court for Clallam County, No. 95-1-00297-7; 95-1-00294-2; 95-1-00296-9, George L. Wood, J., entered February 23, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Bridgewater, A.C.J., concurred in by Seinfeld and Hunt, JJ.

[No. 20454-1-II.    Division Two.   January 23, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN L.
JINES, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 95-1-00428-1, Paula Casey, J., entered February 28, 1996. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, A.C.J., and Hunt, J.

[No. 20637-4-II.    Division Two.   January 23, 1998.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
LAYTHEN BINFORD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-04812-1, Arthur W. Verharen, J., entered April 11, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 20805-9-II.    Division Two.   January 23, 1998.]

JOHN L. KLONTZ, ET AL., *Appellants,* v. PUGET SOUND
POWER & LIGHT, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 95-2-00357-7, James D. Roper, J., entered May 8, 1996. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Seinfeld and Hunt, JJ. Now published at 90 Wn. App. 186.